```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                 TEXARKANA DIVISION
```

ROBERT LEE FELLOWS, JR.                                    PLAINTIFF

v.                    Case No. 4:11-CV-04016

OFFICER SHAWN COLLINS, Hope
Police Department; HOPE
POLICE DEPARTMENT; and JUDGE
TONY YOCUM                                                DEFENDANTS

## O R D E R

On this 22nd day of June 2011, there comes on for consideration the Report and Recommendation (Doc. 6) filed in this case on April 21, 2011, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**.

The dismissal of this case constitutes a strike under the Prison Litigation Reform Act, 28 U.S.C. § 1915(g). The Clerk is therefore directed to place a § 1915(g) strike flag on the case.

IT IS SO ORDERED this 22nd day of June 2011.

/s/ Paul K. Holmes, III
_____
**PAUL K. HOLMES, III**
**UNITED STATES DISTRICT JUDGE**